1  Christian Chadd Taylor 237872
   christian.taylor@kirkland.com
2  KIRKLAND & ELLIS LLP
   950 Page Mill Road
3  Palo Alto, California  94304
   Telephone: (650) 859-7000
4  Facsimile: (650) 859-7500

5

6  Rachel M. Walsh 250568
   rachel.walsh@kirkland.com
7  KIRKLAND & ELLIS LLP
   555 California Street
8  San Francisco, California  94104
   Telephone: (415) 439-1400
9  Facsimile: (415) 439-1500

10 Attorneys for Defendants

11                 **UNITED STATES DISTRICT COURT**

12               **NORTHERN DISTRICT OF CALIFORNIA**

13                   **SAN FRANCISCO DIVISION**

14 SPANSION LLC,                        )  CASE NO. 3:10-CV-03446-JCS
                                        )
15           Plaintiff,                 )  **STIPULATION EXTENDING TIME TO**
                                        )  **RESPOND TO COMPLAINT**
16      vs.                             )
                                        )  Complaint Filed:  August 6, 2010
17 SAMSUNG ELECTRONICS CO., LTD.;       )
   SAMSUNG ELECTRONICS AMERICA, INC.;   )  Judge:          Hon. Joseph C. Spero
18 SAMSUNG TELECOMMUNICATIONS           )
   AMERICA, LLC; and SAMSUNG AUSTIN     )
19 SEMICONDUCTOR, LLC,                  )
                                        )
20           Defendants.                )
                                        )

21

22      The parties agree and hereby stipulate as follows:

23      1.      Defendant Samsung Electronics Co., Ltd. accepts service of the Complaint through its

24 undersigned counsel; and

25      2.      Defendants shall file their responsive pleadings to the Complaint no later than

26 October 28, 2010.

27      This stipulation will not affect or alter any deadlines previously set by the Court's orders.

28

STIPULATION EXTENDING TIME TO RESPOND                          Case No. 3:10-cv-03446-JCS
TO COMPLAINT

DATED: August 30, 2010                    Respectfully submitted,


/s/ Christian Chadd Taylor
Christian Chadd Taylor (237872)
KIRKLAND & ELLIS LLP
950 Page Mill Road
Palo Alto, California 94304
Telephone: (650) 859-7000
Facsimile: (650) 859-7500

Rachel M. Walsh (250568)
KIRKLAND & ELLIS LLP
555 California Street
San Francisco, California 94104
Telephone: (415) 439-1400
Facsimile: (415) 439-15
*Attorneys for Defendants*


/s/ Joel M. Freed *(with permission)*
Terence P. McMahon
David L. Larson
McDermott Will & Emery LLP
275 Middlefield Road, Suite 100
Menlo Park, CA 94025
650-815-7400
650-815-7401 (facsimile)

Joel M. Freed
McDermott Will & Emery LLP
600 Thirteenth Street, NW
Washington, D.C. 2005-3096
202-756-8000
202-756-8087 (facsimile)
*Attorneys for Plaintiff*

Dated: August 31, 2010

IT IS SO ORDERED

Judge Joseph C. Spero

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

STIPULATION EXTENDING TIME TO RESPOND                    Case No. 3:10-cv-03446-JCS
TO COMPLAINT

2

1

**CERTIFICATE OF SERVICE**

2      I hereby certify that on this 30th day of August, 2010, a true and correct copy of the
foregoing filed and served on all counsel of record via the Court's ECF System.

3

4

5

6
                                            _/s/ Christian Chadd Taylor_____
7                                           Christian Chadd Taylor (SBN 237872)
                                            christian.taylor@kirkland.com
8                                           KIRKLAND & ELLIS LLP
                                            950 Page Mill Road
9                                           Palo Alto, California  94304
                                            Telephone: (650) 859-7000
10                                          Facsimile: (650) 859-7500

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

STIPULATION EXTENDING TIME TO RESPOND                          Case No. 3:10-cv-03446-JCS
TO COMPLAINT