UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| SPANSION LLC,<br><br>                Plaintiff,<br>    v.<br><br>SAMSUNG ELECTRONICS CO., LTD.;<br>SAMSUNG ELECTRONICS AMERICA, INC.;<br>SAMSUNG TELECOMMUNICATIONS<br>AMERICA, LLC; AND SAMSUNG AUSTIN<br>SEMICONDUCTOR, LLC.<br><br>                Defendants. | Case No.: 10-CV-03446-LHK<br><br>ORDER OF RECUSAL |

I, the undersigned Judge of the Court, finding myself disqualified in the above-titled action, hereby recuse myself from this case.  The matter is hereby referred to the Assignment Committee for reassignment to another United States District Judge for all further proceedings.  All pending dates of motions, pretrial conferences, and trial are hereby vacated and are to be reset by the newly assigned Judge.

**IT IS SO ORDERED.**

Dated: October 21, 2010

                                                    *Lucy H. Koh*
LUCY H. KOH
United States District Judge

1