TERRENCE P. McMAHON (SBN: 71910)
tmcmahon@mwe.com
DAVID L. LARSON (SBN: 112342)
dlarson@mwe.com
McDermott Will & Emery LLP
275 Middlefield Road, Suite 100
Menlo Park, CA 94025
650.815.7400
650.815.7401 (facsimile)

*Attorneys for Plaintiff Spansion LLC*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| SPANSION LLC,<br><br>Plaintiff,<br><br>v.<br><br>SAMSUNG ELECTRONICS CO., LTD;<br>SAMSUNG ELECTRONICS AMERICA, INC.;<br>SAMSUNG TELECOMMUNICATIONS<br>AMERICA, LLC; AND SAMSUNG AUSTIN<br>SEMICONDUCTOR, LLC.<br><br>Defendants. | No. 5:10-CV-03446 JF (HRL)<br><br>**SPANSION AND SAMSUNG'S MOTION FOR DISMISSAL OF ALL CLAIMS AND COUNTERCLAIMS**<br><br>**Honorable Jeremy Fogel** |

Pursuant to Federal Rule of Civil Procedure 41, Plaintiff Spansion LLC and Defendants Samsung Electronics Co., Ltd., Samsung Electronics America, Inc., Samsung Telecommunications America, LLC, and Samsung Austin Semiconductor, LLC (collectively, "Samsung") represent to the Court that all matters in dispute between them have been resolved and hereby move to dismiss with prejudice as settled all claims and counterclaims brought by the parties in this action. The parties further agree that the parties shall bear their own attorney's fees, expenses, and costs.

For good cause and in the interests of justice, as outlined above, the parties respectfully request that the Court enter the Order below.

Dated: June 17, 2011

| MCDERMOTT WILL & EMERY | FISH & RICHARDSON P.C. |
|---|---|
| By: ____/s/ David L. Larson_____<br>     David L. Larson | By: ____/s/ Jerry T. Yen_____<br>     Jerry T. Yen |
| Terrance P. McMahon<br>David L. Larson<br>MCDERMOTT WILL & EMERY<br>275 Middlefield Road, Suite 100<br>Menlo Park, CA  94025 | Jerry T. Yen<br>FISH & RICHARDSON P.C.<br>500 Arguello Street, Suite 500<br>Redwood City, CA 94063 |
| Joel M. Freed<br>Stephen K. Shahida<br>MCDERMOTT WILL & EMERY<br>600 13th Street, N.W.<br>Washington, DC  20005-3096 | |
| *Counsel For Plaintiff*<br>*Spansion LLC* | *Counsel For Defendants*<br>*Samsung Electronics Co. Ltd., Samsung Electronics America, Inc., Samsung Telecommunications America, LLC, and Samsung Austin Semiconductor, LLC* |

### SIGNATURE ATTESTATION

Pursuant to General Order 45.X(B), I hereby attest that concurrence has been obtained from Fish & Richardson and Jerry T. Yen, as indicated by a "conformed" signature (/s/) within this e-filed document.

　　　　　　　　　　　　　　　　　　　　　　　　　　　　 /s/ David L. Larson
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　 David L. Larson

-oOo-

GRANTED AND SO ORDERED this __20th__ day of __June__, 2011.

　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　 Honorable Judge Jeremy Fogel
　　　　　　　　　　　　　　　　　　　　　　　　 UNITED STATES DISTRICT JUDGE

DM_US 29003699-1.076051.0093

2

**SPANSION AND SAMSUNG'S MOTION FOR DISMISSAL OF ALL CLAIMS AND COUNTERCLAIMS**
**CASE NO. 10-CV-03446 JF**